Efferin Z. Deans
AME #9877304
441 Bauchet Street
Los Angeles, Ca. 90012
mens Central Jail
DDRESS or PLACE OF CONFINEMENT and PRISON NUMBER

*ote:* It is your responsibility to notify the Clerk of
Court in writing of any change of address.

*ote:* If represented by an attorney, his name, address
& Telephone number

FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Fee
Due

# United States District Court
## CENTRAL DISTRICT OF CALIFORNIA

Efferin Z. Deans
ILL NAME (Include name under which you were convicted)

Petitioner.

vs.

Lee Baca
ME OF WARDEN, SUPERINTENDENT, JAILOR, or AU-
IORIZED PERSON having custody of petitioner

Respondent.

and

ATTORNEY GENERAL OF THE STATE OF

California

Additional Respondent.

CASE NO. **CV08-07002** JFW(E)

To be supplied by the Clerk of the
United States District Court)

PETITION FOR WRIT OF
HABEAS CORPUS
BY A PERSON IN
STATE CUSTODY

(530)

EMERGENCY REQUEST

FOR RELIEF

LODGED
CLERK, U.S. DISTRICT COURT

OCT 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

(If petitioner is atacking a judgment which imposed a
sentence to be served in the *future,* petitioner must fill in the
name of the state where the judgment was entered. If
petitioner has a sentence to be served in the *future* under a
federal judgment which he wishes to attack, he should file a
motion under 28 U.S.C. §2255, in the federal court which
entered the judgment.)

## INSTRUCTIONS — READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that *ONE* separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (Check appropriate number)

This petition concerns:

1. _____     A conviction.

2. _____     A sentence.

3. ___✗___     Jail or prison conditions.

4. _____     Prison discipline.

5. _____     A parole problem.

6. ___✗___     Other.

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

**PETITION**

1441 Bauchet Street
Los Angeles, Ca.
90012

1. Place of detention _Mens Central Jail_

2. Conviction on which the petition is based (a separate petition must be filed for each conviction being attacked).

   a. Nature of offense involved (include all counts) _This Petitions involves conditions of confinement_

   b. Penal or other code section or sections _N/A_

   c. Name and location of sentencing court _Petitioner is Pretrial Detainee_

   d. Case Number _N/A_

   e. Date of conviction _N/A_

   f. Date of Sentence _N/A_

   g. Length of sentence on each count _N/A_

   h. Plea (check one)

      (1) Not guilty ( )   (2) Guilty ( )   (3) Nolo Contendere ( )

   i. Kind of trial (check one)

      (1) Jury ( )   (2) Judge alone ( )   (3) Judge alone on transcript ( )

   j. Did you testify at the trial?   Yes ( )   No ( )

3. Did you appeal from the conviction of sentence?   Yes ( )   No ( )

4. If you did appeal, give the following information for each appeal

   a. (1) Name of Court _N/A_

      (2) Result _N/A_

      (3) Date of result _N/A_

      (4) Citation or number of opinion _____

      (5) Grounds raised (list each)

          (a) _____ N/A _____

          (b) _____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Civ 69 (01/83)

(c) _____ N/A _____

(d) _____

(e) _____

(f) _____

(g) _____

b. (1) Name of court _____ N/A _____

(2) Result _____

(3) Date of result _____

(4) Citation or number of opinion _____

(5) Grounds raised (list each) _____

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(g) _____

5. If you did not appeal:

a. State your reasons _____ N/A _____

_____

_____

_____

b. Did you seek permission to file a late appeal?   Yes ( )   No ( )

6. Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes ( )   No (X)

7. If your answer to 6 was YES give the following information.

a. (1) Name of court _____ N/A _____

(2) Nature of proceeding _____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

(3) Grounds raised _____

_____ N/A _____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

_____

b. (1) Name of court _____

(2) Nature of proceeding _____ N/A _____

(3) Grounds raised _____

_____

_____

_____

(4) Result _____ N/A _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

_____

c. (1) Name of court _____ N/A _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Result _____ N/A _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

_____

)_____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

8. Was an evidentiary hearing held?   Yes   No ( )

If so, state the name of the court. and the result ___ N/A

_____

_____

9. If your answer to 6 was *NO*, explain briefly why you did not seek post-conviction relief in the state courts.

N/A

_____

_____

_____

_____

CAUTION: *Exhaustion Requirement:* In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted as to some grounds, you must first present all other grounds to the state court.

10. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, attach a *SINGLE* page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a.   Ground one Right of access to the Courts is being violated
because of inadequate access to law library.
14 Amendment, 1st Amendment
Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state facts not conclusions in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do). A rule of thumb to follow is — who did exactly what to violate your rights at what time or place.

On or about 9-18-08 and various days thereafter,
Petitioner made several requests for access to the
law library. These requests were made to Custody
Assistants Caldwell and Hinton - representatives of
Mens Central Jail legal department. Petitioner's
requests for access to the law library were made

b.   Ground Two _____
— continued on additional sheet —

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

1 to prepare pleadings to be filed in this court
2 (e.g. habeas corpus and complaint under 42
3 USC §1983) where petitioner has suffered,
4 and continues to suffer, actual injuries from
5 a denial of adequate medical treatment in
6 which Petitioner suffers from allergies and is
7 denied a medical diet to maintain him in
8 good health, denial of adequate psychiatric
9 treatment where he (petitioner) is not receiving
10 the proper psychiatric medications, denial of
11 religious services and religious diet, as well as
12 issues regarding petitioner's current housing
13 assignment. Petitioner has exhausted his
14 administrative remedies on each of the
15 foregoing issues and now seeks relief
16 from the courts. (See Exhibit "A"-Declaration)
17 However, notwithstanding the seriousness of
18 the these issues, and the injuries suffered
19 therefrom, the legal dept. at mens Central
20 jail perpetuates petitioner's injuries by refusing
21 petitioner access to the law library to
22 conduct the necessary legal research,
23 investigation and document preparation relative
24 to seeking access to the courts in remedy
25 of the above issues. The legal departments
26 refusal to allow petitioner access to the law
27 library is not based upon any compelling
28 penological interest, such as security, or

6A

safety concerns. But the refusal is based
upon the fact that Petitioner is not a criminal
pro-per defendant in the California Criminal
Courts.

\\

[AUTHORITIES]

1. Boards v. Smith
2. Myron v. Terhune, 2007 U.S. App Lexis
   2953 (2007)

3. Keenan v. Hall, 83 F.3d 1083

4. U.S. Const. Amend. 14

5. U.S. Const. Amend 1

6. U.S. Const. Amend 8

6B

Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

See Continuation

c. Ground Three _____

Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

N/A

d. Ground Four _____

Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

N/A

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not so presented and give your reasons.

NONE

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?

Yes ( )     No (X)

13. Are you presently represented by counsel?     Yes ( )     No (X)

If so, name, address and telephone number _____

N/A

Case name and court _____   N/A

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ___10-14-2008___
               (Date)

_____
Signature of Petitioner

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Efferin Z. Deans
_____
(Petitioner)

Sheriff, Lee Baca
_____
(Respondent(s))

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, Efferin Deans _____ , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed?   Yes_____   No X

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

    _____ N/A _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

    _____ 2007, 2500 @ month _____

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a.  Business, profession or form of self-employment?   Yes____   No X
    b.  Rent payments, interest or dividends?   Yes____   No X
    c.  Pensions, annuities or life insurance payments?   Yes____   No X
    d.  Gifts or inheritances?   Yes____   No X
    e.  Any other sources?   Yes X   No____

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

    Friends to purchase commissary items/Varying amounts

3.  Do you own any cash, or do you have money in a checking or savings account?   Yes____   No X
    (Include any funds in prison accounts)

    If the answer is yes, state the total value of the items owned. _____ N/A _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes____   No X

    If the answer is yes, describe the property and state its approximate value. _____

    _____ N/A _____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

NONe

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed

on ___10 – 14 – 2008___
       (Date)

___Jefferie Neons___
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ ___· 10___ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ institution:

_____

_____

_____

DATED ___10–15–08___          _____
                                 Authorized Officer of Institution

___DSG___
Title of Officer

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

EXHIBIT

"A"

Declaration
of Petitioner

Declaration of Effern Deans
in support of petition for
Habeas Corpus

_____

State of California }
County of Los Angeles } ss

I, Effern Deans, do hereby declare the
following:

1. I am the person/petitioner named in the
underlying Habeos Petition.

2. On or about 9-18-08, and various days thereafter,
I made several requests to custody assistants
Caldwell and Hinton (M-s legal department), both verbal
and written, where I requested time to use the
law library at Mens Central Jail — my place of
confinement — to prepare and initiate civil
actions (i.e., habeas petition & complaint under 42
USC §1983) relative to my conditions of confinement
and the injuries sustained therefrom.

3. The nature of the proposed federal civil actions
to be filed in this court include, but are not limited
to issues regarding denial of medical treatment
where I am in constant pain, denial of
adequate psychiatric treatment where I am
not receiving the proper medications, inter alia.
I have exhausted my administrative
remedies to these and other issues to be
litigated in the proposed civil actions.

— 1 —

4. I was told by both Caldwell and Hinton, representatives of the Mens Central Jail Legal Department, that because I was not a Criminal defendant with pro-per status from the California Criminal Courts, I was not allowed to use the law library.

5. On or about 10-8-08, I wrote a letter to the Sheriff of Los Angeles County, namely Lee Baca, where I addressed the issue of access to the law library. I did this with the intent of resolving this problem and to exhaust my administrative remedies. (See Exhibit "B" — letter to Sheriff Baca)

6. I have not received any word a reply from Sheriff Baca with regards to my letter. Due to, but not limited to the serious nature of the foregoing issues, the court is my only avenue available to seek remedy to the above issues.

7. I require access to the law library to conduct the necessary legal research, investigation and document preparation, relative to seeking access to the Courts in remedy to the issues cited in the habeas

—2—

Petition.

8. The Mens Central Jail Legal Department has perpetuated the injuries suffered from the above issues by refusing me access to the law library.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on 10-14-2008.

Efferin Z. Deons
Petitioner/Declarant

- 3 -

EXHIBIT

" B "

Letter to Sheriff Boca
Concerning Law Library

Oct 8, 2008

To: LA County Sheriff's Dept.
    Co-Sheriff, Lee Baca
    4700 Ramona Blvd.
    Los Angeles, CA. 90019,

From: Glenn Z. Dean
      #8977384/module 2700/D16
      441 Bauchet Street
      Los Angeles, CA. 90012

Re: Access to Law Library — exhaustion of
administrative remedies.

Dear Sheriff Baca:

                        This correspondence is
in reference to the legal department and
Men's central jail refusal to allow me access
to the law library, to prepare legal documents,
namely, writ of Habeas Corpus concerning my critical
liberty issues and my current status as an "liberty
..."

authority to which I make my request to have access to the law library, I do so with the purpose of pursuing and exhausting my administrative remedies.



**TERRY NAFISI**

District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, October 23, 2008

EFFERIN Z. DEANS #9877304
MEN'S CENTRAL JAIL
441 BAUCHET STREET
LOS ANGELES, CA 90012

Dear Sir/Madam:

Your petition has been filed and assigned civil case number       CV08- 7002 JFW (E)

Upon the submission of your petition, it was noted that the following discrepencies exist:

☐ 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank
check, business or corporate check, government issued check, or money order drawn on a major
American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If
you are unable to pay the entire filing fee at this time, you must sign and complete this
court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its
entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover,
American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at
all payment windows where receipts are issued.

☒ 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

☐ (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

☐ (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its
entirety.

☒ (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized
officer at the prison.

☐ (d) You did not use the correct form.  You must submit this court's current Declaration in
Support of Request to Proceed in Forma Pauperis.

☐ (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in
Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court
CPOWERS

By: _____

Deputy Clerk

CV-111 (07/06)                **NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION**



**TERRY NAFISI**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, October 23, 2008

**EFFERIN Z. DEANS #9877304**
**MEN'S CENTRAL JAIL**
**441 BAUCHET STREET**
**LOS ANGELES, CA 90012**

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
CV08- 7002 JFW (E)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number                         and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
[ ] District Court Judge _____

[X] Magistrate Judge _____**Charles Eick**_____

at the following address:
[X] U.S. District Court          [ ] Ronald Reagan Federal          [ ] U.S. District Court
    312 N. Spring Street             Building and U.S. Courthouse       3470 Twelfth Street
    Civil Section, Room G-8          411 West Fourth St., Suite 1053    Room 134
    Los Angeles, CA  90012           Santa Ana, CA  92701-4516          Riverside, CA 92501
                                     (714) 338-4750

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

                                                              CPOWERS
                                                  By: _____
                                                              Deputy Clerk