**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EFFERIN Z. DEANS, | ) | NO. CV 08-7002-JFW(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ADOPTING FINDINGS, |
| v. | ) | |
| | ) | CONCLUSIONS AND RECOMMENDATIONS |
| LEE BACA, | ) | |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   November 25, 2008.

_____
                                 JOHN F. WALTER
                                 UNITED STATES DISTRICT JUDGE

2