**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EFFERIN Z. DEANS,                  )   NO. CV 08-7002-JFW(E)
                                   )
                 Petitioner,       )
                                   )
        v.                         )         JUDGMENT
                                   )
LEE BACA,                          )
                                   )
                 Respondent.       )
_____     )


        Pursuant to the Order Adopting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


        IT IS ADJUDGED that the Petition is denied and dismissed

without prejudice.


        DATED:  November 25, 2008.


                        _____
                                JOHN F. WALTER
                        UNITED STATES DISTRICT JUDGE